IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION
WELFARE AND ANNUITY FUNDS,

Plaintiff,

v.

MONIGER EXCAVATING CO. INC
and MICHAEL MONIGER,

Defendants.

Case No. 17-cv-1076 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 15, 2020**         MARGARET M. ROBERTIE, Clerk of Court

                    *s/Tina Gray, Deputy Clerk*


**Approved:**    *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**