IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION
WELFARE AND ANNUITY FUNDS,

Plaintiff,

v.

Case No. 17-cv-1076 JPG

MONIGER EXCAVATING CO, INC
And MICHAEL MONIGER,

Defendants.

## AMENDED JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

**Dated: June 15, 2020**          **MARGARET M. ROBERTIE, Clerk of Court**

                                  **s/Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**